**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Quincy PEARSON, also known**
**as Baby Face, also known as**
**Face, Defendant–Appellant.**

**No. 11–10574**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Nov. 16, 2012.

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Jerry Van Beard, Esq., Assistant Federal Public Defender, Federal Public De-

fender's Office, Dallas, TX, for Defendant–Appellant.

Quincy Pearson, Terre Haute, IN, pro se.

Before KING, CLEMENT, and HIGGINSON, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Quincy Pearson has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Pearson has filed a response. The record is insufficiently developed to allow consideration at this time of Pearson's claim of ineffective assistance of counsel; such a claim generally "cannot be resolved on direct appeal when the claim has not been raised before the district court since no opportunity existed to develop the record on the merits of the allegations." *United States v. Cantwell,* 470 F.3d 1087, 1091 (5th Cir.2006) (internal quotation marks and citation omitted). We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Pearson's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for direct appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.